**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In the Interest of J.J.G., L.K.G., H.A.G., and A.G.G., Children

Appellate case number:    01-16-00104-CV

Trial court case number:   2014-00610J

Trial court:            313th District Court of Harris County

      Appellant, J.R.G. a/k/a R.G., has filed a second unopposed motion for extension of time to file his brief, requesting an extension to May 3, 2016. We **deny** appellant's motion. **Appellant's brief is due to be filed with this Court no later than April 25, 2016.** *See* TEX. R. APP. P. 28.4(a), 38.6(a), (d).

      Because this appeal involves a child-protection case, the Court is required to bring the appeal to final disposition within 180 days of February 7, 2016, the date the first notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013); *see also* TEX. R. APP. P. 28.4. **Accordingly, no extensions will be granted.**

      It is so ORDERED.

Judge's signature: <u>/s/ Terry Jennings</u>
                ☑ Acting individually    ☐ Acting for the Court

Date: <u>April 15, 2016</u>